**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**EARL LAWLESS,**                                                                                    **PLAINTIFF,**

**VS.**                                                              **CIVIL ACTION NO. 1:05CV324-P-D**

**UNITED STATES OF AMERICA,**
**BY AND THROUGH THE DEPARTMENT**
**OF VETERAN AFFAIRS; XYZ DRUG**
**MANUFACTURER; AND DEFENDANTS**
**A, B, C AND/OR ENTITIES UNKNOWN,**                               **DEFENDANTS.**

**FINAL JUDGMENT**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) The United States of America's Motion for Summary Judgment [40-1] is hereby **GRANTED**; therefore,

(2) The plaintiff's complaint should be **DISMISSED WITH PREJUDICE** as to all defendants; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 4th day of April, A.D., 2007.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE